IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ERICK A. LOPEZ VAZQUEZ<br>Plaintiff<br>vs<br><br>WENDCO OF PUERTO RICO, INC.<br>Defendants | CIVIL 16-2628-WGY |

## JUDGMENT

Having considered the Motion Informing Voluntary Dismissal (**d.e. 40**) filed by plaintiff and defendant on May 2, 2018, which is GRANTED, JUDGMENT is hereby entered DISMISSING the action WITH PREJUDICE.

SO ORDERED AND ADJUDGED.

At Boston, MA, on May 7, 2018.

/S/ William G. Young
United States District Judge